UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATA S. BOB,

                Petitioner,

        -against-                        19-CV-10422 (CM)

DHS/ICE/INS. THOMAS DECKER,          CIVIL JUDGMENT
DIRECTOR OF REMOVAL AND
DETENTION(S),

                Respondents.

Pursuant to the order issued January 10, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice for Petitioner's failure to submit a completed request to proceed *in forma pauperis* or pay the $5.00 filing fee. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   January 10, 2020
           New York, New York

                                                    COLLEEN McMAHON
                                                    Chief United States District Judge